■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS L. McDOWELL, Appellant. [793 NYS2d 816]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered August 5, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree and attempted robbery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Hayes, JJ.